

**FILED**

JAN 15 2014

Clerk, U.S. District Court
District Of Montana
Helena

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BILLINGS DIVISION

| | |
|---|---|
| LARRY LEE MASTERSON, | |
| Plaintiff, | No. CV 13-05-BLG-SEH |
| vs. | |
| PRAIRIE COUNTY HOSPITAL DISTRICT and GLENDIVE MEDICAL CENTER, INC., | ORDER |
| Defendants. | |

On December 23, 2013, United States Magistrate Judge Carolyn S. Ostby entered Findings and Recommendation[1] in this matter. Defendants did not file objections. No review is required of proposed findings and recommendations to which no objection is made. Thomas v. Arn, 474 U.S. 140, 149-152 (1986). However, this Court will review Judge Ostby's Findings and Recommendation for clear error.

---

[1] Doc. 26.

-1-

Upon review, I find no clear error in Judge Ostby's Findings and Recommendation and adopt them in full.

ORDERED:

1. Plaintiff's Motion for Dismissal Without Prejudice Pursuant to F.R.C.P. 41(a)(1)(2) et seq[2] is GRANTED.

2. This case is DISMISSED WITHOUT PREJUDICE.

DATED this 15th day of January, 2014.

/s/ Sam E. Haddon

SAM E. HADDON
United States District Judge

---

[2] Doc. 24.